Opinion filed November 24, 1931.
James H. Hooper, *pro se.* Mark D. Goodman, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

James H. Hooper, plaintiff in error, v. W. D. Foreman, defendant in error. Gen. No. 35,201.

Opinion filed November 24, 1931.
James H. Hooper, *pro se.* No appearance for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

Landfield-Kupfer Printing Company, appellant, v. Sidney Smith, appellee. Gen. No. 35,212.

Opinion filed November 24, 1931.
Moses, Kennedy, Stein & Bachrach, for appellant; Albert Langeluttig, of counsel. O'Bryan & Bishop, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

William H. Brown & Company, appellant, v. John Eberson et al., appellees. Gen. No. 35,228.

Opinion filed November 24, 1931.
Heineman, Ronan & Langsett, for appellant. William McKinley and Paul E. Price, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.

Catherine Walsh, appellee, v. Union Bank of Chicago et al., defendants. Personal Home Mortgage Company, appellant. Gen. No. 35,372.

Opinion filed November 24, 1931.
Reginald C. Darley, for appellant. Hoffman & Golder, for appellee; Ludwig Loewenstein, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Foreman Trust & Savings Bank, administrator of the estate of Frank Chandler, deceased, plaintiff in error, v. Chicago Surface Lines et al., defendants in error. Gen. No. 34,485.